UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CASE NO. CR 04-10299 CBS

UNITED STATES OF AMERICA

vs.

KELVIN MADERA

## MOTION FOR CONTINUANCE

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the November 1, 2004 date for reasons as follows:

1. The within matter is presently scheduled for Arraignment on Monday, November 1, 2004.

2. Undersigned counsel will be unable to appear due to a scheduling conflict. A protective order was issued by Judge Grabau of Middlesex Superior Court for Attorney Ronald Segal whereas undersigned counsel represents a co-defendant in the same case, <u>Commonwealth v. Santo Marte Peralta and Jose Moya</u>, November 1, 2004

3. Undersigned counsel's secretary has spoken with Ms. Lisa Roland, Deputy Clerk, and Assistant U S Attorney, Robert Peabody, to reschedule the Arraignment to Wednesday, November 3, 2004 at 2:30 P.M.

1

4. The instant request for a continuance is based upon good cause, and is not for the purpose of delay.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

                Respectfully submitted,
                KELVIN MADERA
                By his attorney,

                /s/ Stephen D. Judge
                STEPHEN D. JUDGE
                23 Central Avenue
                Suite 605
                Lynn, MA  01901
                (781) 599-2800

## CERTIFICATE OF SERVICE

I, Stephen D. Judge, Esquire, certify that I have forwarded a copy of the within Motion For Continuance by FAXING same, to Assistant United States Attorney Robert Peabody, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210 this 29th day of October, 2004.

*Stephen D. Judge*
STEPHEN D. JUDGE