A1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **No. 04-10299-PBS** |
| KELVIN MADERA, ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO JOIN OBJECTION
TO ORDER OF EXCLUDABLE TIME**

NOW comes defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court allow him to join in any Objection to Order of Excludable Time filed on behalf of his co-defendants, Benito Grullon and Valentin Martinez.

In support of said motion, undersigned counsel submits that the defendants are similarly situated with respect to all speedy trial issues, allowance of the instant motion will prevent the Court's unnecessary consideration of duplicative materials, and further, that counsel is not aware of any procedural or substantive reason present in the cause which weighs against the allowance of this request.

Respectfully submitted,
KELVIN MADERAS
By his Attorney,

_____
STEPHEN D. JUDGE
23 Central Ave., Suite 605
Lynn, Massachusetts 01901
(781) 599-2800