UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

VS.

BENITO GRULLON

**OBJECTION TO ORDER OF EXCLUDABLE TIME**

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully objects to the order of excludable time from January 20, 2005 through March 23, 2005, and further to June 1, 2005 (Swartwood, M.J.), for reasons as follow:

1. The instant case involves approximately twenty-one separate defendants.

2. On or about January 25, 2005, Swartwood, M.J. drafted a status report following an interim pre-trial conference.

3. Most of the defendants, via their counsel, were seeking to obtain further discovery from the Government and had assented to a continuance to March 23, 2005 for the first phase of discovery to be completed.

4. Only four defendants, including Valentin Martinez objected to any further continuances, waived any additional discovery and answered ready for trial immediately.

5. As a result of the said objections, the Magistrate Judge divided the four objecting parties, designating Grullon, Martinez, Madera and Estrada as "trial defendants" and the remaining several defendants as "discovery defendants."

6. The four "trial defendants" had their cases returned to Saris, J. for trial.

7. Notwithstanding the different categories of the various defendants, in despite the defendant's readiness for trial, the Magistrate Judge ordered the period from January 20, 2005 to March 23, 2005 as excludable time. Thus, even though both categories of defendants stand in radically different postures, all defendants are being treated alike, ordered to be tried on or before June 1, 2005. (See enclosed Status Report).

8. The defendant respectfully objects to even a single day of excludable time beyond January 20, 2005.

 

Respectfully submitted,
BENITO GRULLON
By his attorney,

_____
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781)599-2800

## CERTIFICATE OF SERVICE

I, Stephen D. Judge, Esquire, hereby certify that I have delivered copies of the within Defendant's Motion To Join Objection To Order Of Excludable Time, by mailing same, postage prepaid, to Assistant United States Attorney Neil Gallagher, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 3rd day of March, 2005.

_____
STEPHEN D. JUDGE