UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| VALENTIN MARTINEZ<br>BENITO GRULLON<br>KELVIN MADERA | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                         March 28, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Joint Motion to Dismiss on **April 12, 2005**, at **9:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

    By the Court,

    /s/ Robert C. Alba
    Deputy Clerk

Copies to:  All Counsel