✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                            4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.** II_____          **Investigating Agency** DEA_____

**City**  Lynn_____          **Related Case Information:**

**County**  Essex_____          Superseding Ind./ Inf.   X_____          Case No.   04-10299 PBS
                                     Same Defendant   x_____          New Defendant _____
                                     Magistrate Judge Case Number   M 04-1732- CBS
                                     Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA_____          Juvenile:          ☐ Yes    X No

Alias Name          _____

Address          _____

Birthdate: _____ SS # _____ Sex: MALE  Race: Hispanic_____ Nationalit Mexican_____

**Defense Counsel if known:**          Eliot Weinstein, Esq._____          Address 228 Lewis Wharf_____

Bar Number          _____          617-367-9334_____

**U.S. Attorney Information:**

AUSA  Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**          X Yes          No          List language and/or dialect:          Spanish_____

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          _____

X  Already in Federal Custody as of   _____          Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at ————————— ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____          on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          X Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**   Category No. __II__   **Investigating Agency** __DEA__

**City** __Lynn__   **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__   Case No. __04-10299 PBS__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720-to-1730__
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __ANDRES MARTINEZ-ACEVEZ__   Juvenile:  ☐ Yes  X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**   John Cicilline, Esq.   Address __381 Atwells Ave., Providence, RI__

Bar Number _____

### U.S. Attorney Information:

AUSA __Neil Gallagher__   Bar Number if applicable _____

**Interpreter:**   X Yes   No   List language and/or dialect:   __Spanish__

**Matter to be SEALED:**   Yes  X   No

Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __10/5/04__ __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II _____    **Investigating Agency** DEA _____

**City** Lynn _____          **Related Case Information:**

**County** Essex _____       Superseding Ind./ Inf. X _____    Case No. 04-10299 PBS
                                   Same Defendant x _____    New Defendant _____
                                   Magistrate Judge Case Number 04-M-1685 CBS
                                   Search Warrant Case Number 04-M-1720 to 1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE ROSALES _____    Juvenile:    ☐ Yes    X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address    88 NEWARK ST, LYNN MA

Birthdate: 5/10/76 ___    SS # 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 ___  Sex: MALE  Race: Hispanic _____  Nationalit Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address 1 Exchange Place., Worcester, MA

Bar Number    _____

**U.S. Attorney Information:**

AUSA    _____    Bar Number if applicable    _____

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

       Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of    _____    in    Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:    _____    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 4 —

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    3/23/05    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____
_____
_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                  **Related Case Information:**

**County** Essex               Superseding Ind./ Inf. X          Case No. 04-10299 PBS
                               Same Defendant    x          New Defendant
                               Magistrate Judge Case Number    04-M-1685 CBS
                               Search Warrant Case Number    04-M-1720 to 1730
                               R 20/R 40 from District of

### Defendant Information:

Defendant Name    VALENTIN MARTINEZ                    Juvenile:    ☐ Yes    X No

Alias Name    VALENTIN RIVERA AKA V AKA VALE

Address    108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69    SS # 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  Sex: MALE  Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**    Ronald Ian Segal, Esq.    Address 23 Central Ave., Lynn, MA

Bar Number

### U.S. Attorney Information:

AUSA  Neil Gallagher                    Bar Number if applicable

**Interpreter:**    X Yes    X No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

    Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date    5/1/04

x Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——  ☐ Misdemeanor ——  X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  MA_____     **Category No.**_____     **Investigating Agency**  DEA/MSP

**City**  Lynn/Peabody_____     **Related Case Information:**

**County**  Essex_____

| Superseding Ind./ Inf.    X_____ | Case No.    04-10299-PBS |
| Same Defendant    x_____ | New Defendant_____ |
| Magistrate Judge Case Number    04-m-1685-CBS |
| Search Warrant Case Number    04-m-1720 to 1730 |
| R 20/R 40 from District of_____ |

**Defendant Information:**

Defendant Name  MANUEL GERMOSEN_____     Juvenile  ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo_____

Address _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex  M    Race:    Hispanic_____    Nationality:  Dom Rep

**Defense Counsel if known:**    Steven Judge_____    **Address:**  23 Central Ave., #605
                                                                              Lynn, MA 01902

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:**    Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as**    May 1, 2005_____    **in**    Plymouth County_____    .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____    **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  3/23/05        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

𝗝S 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** ＿II＿＿＿＿    **Investigating Agency** ＿DEA＿＿＿＿

**City** ＿Lynn＿＿＿＿＿＿          **Related Case Information:**

**County** ＿Essex＿＿＿＿          Superseding Ind./ Inf. ＿X＿＿＿＿      Case No. ＿04-10299 PBS
                                 Same Defendant ＿X＿＿＿＿    New Defendant ＿＿＿＿
                                 Magistrate Judge Case Number ＿04-M-1685 CBS＿＿＿
                                 Search Warrant Case Number ＿04-M-1720 to 1730＿＿
                                 R 20/R 40 from District of ＿＿＿＿＿＿＿＿＿＿

**Defendant Information:**

Defendant Name ＿ABDALLAH HAMDAN＿＿＿＿＿＿    Juvenile:    ☐ Yes    X No

Alias Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Address ＿10 ROOSEVELT ST METHUEN MA＿＿＿＿＿＿＿＿

Birthdate: ＿1/17/76＿    SS # ＿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＿ Sex: ＿MALE＿ Race: ＿Arabic＿＿＿    Nationalit ＿Palestinian＿

**Defense Counsel if known:**    Melvin Norris, Esq.＿＿＿    Address ＿260 Boston Post Rd., Wayland, MA

Bar Number ＿＿＿＿＿＿＿＿＿＿          ＿＿＿＿＿＿＿＿＿＿＿＿＿

**U.S. Attorney Information:**

AUSA ＿Neil Gallagher＿＿＿＿＿＿＿＿＿    Bar Number if applicable ＿＿＿＿＿＿＿＿

**Interpreter:**    ☐ Yes    X No        List language and/or dialect: ＿＿＿＿＿＿＿＿

**Matter to be SEALED:**        Yes  X    No

    Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date ＿＿5/1/04＿＿＿＿＿＿＿＿

X Already in Federal Custody as of ＿＿＿＿＿＿＿＿＿＿ in ＿Wyatt Detention, Central Falls, RI＿ .
☐ Already in State Custody at ＿＿＿＿＿＿＿＿ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: ＿＿＿＿＿＿＿＿ on ＿＿＿＿＿＿＿＿

**Charging Document:**    Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ＿＿＿＿    ☐ Misdemeanor ＿＿＿＿    ☐ X Felony ＿＿4＿＿

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: ＿3/23/05＿＿＿＿    Signature of AUSA: ＿＿＿＿＿＿＿＿＿＿＿

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    **Investigating Agency** __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County ___Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS___
                              Same Defendant ___x_____    New Defendant _____
                              Magistrate Judge Case Number ___04-m-1685-CBS___
                              Search Warrant Case Number ___04-m-1720 to 1730___
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic___ Nationality: _Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ **Warrant Requested**         ☐ **Regular Process**         ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _3/23/05_    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    RICARDO MARTINEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____   Category No. _____   **Investigating Agency** _DEA/MSP_____

City _Lynn/Peabody_____   **Related Case Information:**

County   __Essex_____

Superseding Ind./ Inf.   __X_____   Case No.   __04-10299-PBS__
Same Defendant   __x_____   New Defendant _____
Magistrate Judge Case Number   __04-m-1685-CBS__
Search Warrant Case Number   __04-m-1720 to 1730__
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _HOWARD GREENBERG_____   Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race: __Caucasian___  Nationality: _US_____

**Defense Counsel if known:**   __Roger Witkin_____   **Address:** __6 Beacon Street, Ste 1010__
                                                                              __Boston, MA 02108__

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA  _Neil Gallagher_____   **Bar Number if applicable** _____

Interpreter:   ☐ Yes ☐ No   List language and/or dialect:   __Spanish_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ **On Pretrial Release:**   Ordered by _MJ Swartwood_   on   _May 2004_

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: _3/23/c5_          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **HOWARD GREENBERG** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA_____          Category No. _____          Investigating Agency  DEA/MSP_____

City  Lynn/Peabody_____          **Related Case Information:**

County  Essex_____          Superseding Ind./ Inf.   X_____          Case No.   04-10299-PBS

Same Defendant     x_____          New Defendant _____

Magistrate Judge Case Number     04-m-1685-CBS_____

Search Warrant Case Number     04-m-1720 to 1730_____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDGAR HOFFENS_____          Juvenile   ☐ Yes   ☒ No

Alias Name  Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:  Caucasian___ Nationality:  US_____

**Defense Counsel if known:**   John Wall_____          **Address:**  1 Commercial Wharf West

                                         Boston, MA 02110_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher_____          Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Spanish_____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____   in _____   .

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**          ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**   **EDGAR HOFFENS** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**               **Category No.** II                    **Investigating Agency** DEA

**City**   Lynn                            **Related Case Information:**

**County**   Essex                        Superseding Ind./ Inf.   X                    Case No.   04-10299 PBS
                                          Same Defendant   X                New Defendant
                                          Magistrate Judge Case Number        04-M-1685 CBS
                                          Search Warrant Case Number        04-M-1720 to 1730
                                          R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                            Juvenile:        ☐ Yes     X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80     SS # 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   Sex: MALE   Race: Hispanic          Nationalit USA

**Defense Counsel if known:**       James H. Budreau, Esq.          Address 20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                            Bar Number if applicable

**Interpreter:**      ☐ Yes     X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X     No

          Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                        in                                    .
☐ Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood     on

**Charging Document:**        Complaint          ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty                ☐ Misdemeanor              ☐ X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date:    3/23/05                    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____     Investigating Agency  __DEA/MSP__

City  __Lynn/Peabody__                **Related Case Information:**

County  __Essex__                    Superseding Ind./ Inf.  __X__          Case No.  __04-10299-PBS__
                                     Same Defendant  __x__          New Defendant
                                     Magistrate Judge Case Number  __04-m-1685-CBS__
                                     Search Warrant Case Number  __04-m-1720 to 1730__
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __JAVIER ANGEL ROMERO__          Juvenile  ☐ Yes   ☒ No

Alias Name  __Ramon Acosta, the Singer__

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__   Nationality: _____

**Defense Counsel if known:**  __Ray Buso__          Address: __15 Church Street__
                                                         __Salem, MA 01970__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__          Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No          List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

   ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____