✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JAVIER ANGEL ROMERO** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X     Case No.   04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey     **Address:** 15 Church Street
Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No     List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes ☒ No

    ☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>CHRISTIAN GERMOSEN</u>

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1    <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** __Essex_____

Superseding Ind./ Inf. __X_____    Case No. ____04-10299-PBS____
Same Defendant ___x_____    New Defendant _____
Magistrate Judge Case Number ____04-m-1685-CBS_____
Search Warrant Case Number ____04-m-1720 to 1730_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JUAN MARTINEZ_____    Juvenile ☐ Yes ☒ No

Alias Name __Juan Eustate_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** __FUGITIVE_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__          Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                    **Related Case Information:**

County ____Essex____                    Superseding Ind./ Inf.   __X__          Case No.   __04-10299-PBS__
                                        Same Defendant   __x__          New Defendant _____
                                        Magistrate Judge Case Number   __04-m-1685-CBS__
                                        Search Warrant Case Number   __04-m-1720 to 1730__
                                        R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __GERARDO VASSUER ORTIZ__          Juvenile   ☐ Yes   ☒ No

Alias Name   __Scarface__

Address   _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:**   __Richard Welsh__          Address: __80 Worcester St., Ste 5__
                                                        __North Grafton MA, 01536__
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date:   3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSUER ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____          Investigating Agency  __DEA/MSP__

City  __Lynn/Peabody__                        **Related Case Information:**

County  __Essex__                  Superseding Ind./ Inf.  __X__                    Case No.    __04-10299-PBS__
                                   Same Defendant  ___x___              New Defendant  _____
                                   Magistrate Judge Case Number       __04-m-1685-CBS__
                                   Search Warrant Case Number         __04-m-1720 to 1730__
                                   R 20/R 40 from District of          _____

**Defendant Information:**

Defendant Name  __PHIL ASARO__                            Juvenile     ☐ Yes     ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race:  __Caucasian__  Nationality: _____

**Defense Counsel if known:**   **Kirk Griffin**                    Address:  **50 Standford Street**
                                                                              **Boston, MA 02114**
**Bar Number:**              _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                          Bar Number if applicable  _____

Interpreter:       ☐ Yes  ☒ No              List language and/or dialect:  _____

Matter to be SEALED:       ☐ Yes    ☒ No

        ☐ Warrant Requested              ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date:**      _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  __MJ Swartwood__        on   __May 2004__

**Charging Document:**       ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**       ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  _3/23/05_                Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    __PHIL ASARO__

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   MA                    Category No. _____    **Investigating Agency**  DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                    Case No.    04-10299-PBS
                                   Same Defendant    x                    New Defendant
                                   Magistrate Judge Case Number    04-m-1685-CBS
                                   Search Warrant Case Number    04-m-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   SILVESTRE LIZARDI                    Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic    Nationality: _____

**Defense Counsel if known:**   **Michael Sneider**         Address:  **95 Commercial Wharf**
                                                                   **Boston, MA 2110**
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    **Bar Number if applicable**

Interpreter:    ☒ Yes  ☐ No         List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by  MJ Swartwood    on  May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**    3/23/05    **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    SILVESTRE LIZARDI** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**  DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                         Same Defendant    x              New Defendant
                                         Magistrate Judge Case Number     04-M-1685 CBS
                                         Search Warrant Case Number    04-M-1720 to 1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO                          Juvenile:        ☐ Yes    X No

Alias Name

Address   286 NEWBURY ST., PEABODY, MA

Birthdate:  7/15/51     SS #  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  Sex:  MALE  Race:  White              Nationalit   USA

**Defense Counsel if known:**      Edward L. Hayden, Esq.          Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X      No

    \ Warrant Requested              X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                          in
☐ Already in State Custody at ──────────────── ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood          on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**      ☐ Petty ───────── ☐ Misdemeanor ───────── X☐ Felony ──── 2 ────

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** __MA__    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__    **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GIOVANI AVILA__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** __Michael Natola__    Address: __240 Commerical Street, Ste 2B__
__Boston, MA 02109__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__    **Bar Number if applicable** _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __MJ Swartwood__ on __May 2004__

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **GIOVANI AVILA** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____   **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____   **Category No.** _____   **Investigating Agency** __DEA/MSP____

**City** __Lynn/Peabody_____   **Related Case Information:**

**County** ___Essex_____

Superseding Ind./ Inf. ___X_____   Case No. ____04-10299-PBS____
Same Defendant ___x___   New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS____
Search Warrant Case Number ___04-m-1720 to 1730____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS_____   Juvenile ☐ Yes   ☒ No

Alias Name __Cumbia King, Tony_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic___ Nationality: _____

**Defense Counsel if known:** __Raymond E. Gillespie____   **Address:** __875 Massachusetts Ave, Ste 32__
                                                                              __Cambridge, MA 02139__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:** __Spanish____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __MJ Swartwood____ on __May 2004__

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_   **Signature of AUSA:** _____