JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **GILBERTO ZAYAS**

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                                   U.S. District Court - District of Massachusetts

Place of Offense: __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                   Related Case Information:

County __Essex__                        Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
                                        Same Defendant __x__                  New Defendant _____
                                        Magistrate Judge Case Number  __04-m-1685-CBS__
                                        Search Warrant Case Number    __04-m-1720 to 1730__
                                        R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  __LUIS E. DEJESUS__                             Juvenile   [ ] Yes    [X] No

Alias Name  __Edgardo__

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__  Race: __Hispanic__   Nationality: _____

Defense Counsel if known:  __John W. Laymon__           Address: __77 Franklin Street, # 3__
                                                                 __Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__                                  Bar Number if applicable _____

Interpreter:     [X] Yes  [ ] No           List language and/or dialect:   __Spanish__

Matter to be SEALED:   [ ] Yes  [X] No

[ ] Warrant Requested              [ ] Regular Process              [ ] In Custody

## Location Status:

Arrest Date: _____

[X] Already in Federal Custody as  __May 2004__            in   __Wyatt__
[ ] Already in State Custody _____     [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____          on _____

Charging Document:      [ ] Complaint      [ ] Information       [X] Indictment
Total # of Counts:      [ ] Petty          [ ] Misdemeanor       [X] Felony  __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: __3/23/05__                    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   LUIS E. DEJESUS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Y♦JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

**City** __Lynn__   **Related Case Information:**

**County** __Essex__
Superseding Ind./ Inf. __X__   Case No. __04-10299 PBS__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __04-M- 1731CBS__
Search Warrant Case Number __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__   Juvenile: ☐ Yes  X No

Alias Name __QUICO__

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__  Race: __Hispanic__  Nationalit __Dominican__

Defense Counsel if known:   __Ron Ian Segal, Esq..__   Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:   X Yes   No   List language and/or dialect: __Spanish__

Matter to be SEALED:   Yes  X No

Warrant Requested   X Regular Process   In Custody

**Location Status:**

Arrest Date __5/1/04__

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet         U.S. District Court - District of Massachusetts

**Place of Offense:** MA, CA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf. __x__     Case No. 04-10299-PBS
                                 Same Defendant _____     New Defendant __X__
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MARTIN CERNA GARCIA          Juvenile  ☐ Yes  ☒ No

Alias Name   "Willy"; "Nephew"

Address   11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                         Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:   ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn, MA     **Related Case Information:**

**County** Essex     Superseding Ind./ Inf.   x     Case No. 04-10299-PBS
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ROBINSON RUIZ     Juvenile ☐ Yes ☒ No

**Alias Name** "Metresa"

**Address** 6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964   **SSN (last 4 #):** 6369   **Sex** M   **Race:** Hispanic   **Nationality:** Dom. Republic

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBINSON RUIZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** MA        **Category No.** _____        **Investigating Agency** DEA/MSP

**City** Lynn, MA        **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   x _____        Case No.  04-10299-PBS
Same Defendant _____        New Defendant  X _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS        Juvenile   ☐ Yes   ☒ No

Alias Name   "Chelo"; "Ramon"

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher        Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:   Spanish

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2   18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__   Related Case Information:

County __Essex__   Superseding Ind./ Inf. __X__   Case No. __04-10299-PBS__
Same Defendant ____   New Defendant __X__
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__   Juvenile   [ ] Yes   [X] No

Alias Name __"Chaparro"__

Address __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__  SSN (last 4 #): __0292__  Sex __M__  Race: __Hispanic__  Nationality: __Mexican__

Defense Counsel if known: ____   Address: ____

Bar Number: ____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable ____

Interpreter:  [X] Yes  [ ] No    List language and/or dialect:  __Spanish__

Matter to be SEALED:  [X] Yes  [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: ____

[ ] Already in Federal Custody as ____ in ____
[ ] Already in State Custody ____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by ____ on ____

Charging Document:   [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:   [ ] Petty ____   [ ] Misdemeanor ____   [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05       Signature of AUSA: _____

♦ JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense: __MA__           Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn, MA__                  Related Case Information:

County __Essex__                   Superseding Ind./ Inf.  __x__         Case No. __04-10299-PBS__
                                   Same Defendant _____        New Defendant __X__
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__                Juvenile   [ ] Yes   [X] No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__  SSN (last 4 #): __7332__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____                  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                             Bar Number if applicable _____

Interpreter:   [ ] Yes   [ ] No       List language and/or dialect: _____

Matter to be SEALED:   [x] Yes   [ ] No

[x] Warrant Requested         [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:    [ ] Complaint     [ ] Information     [x] Indictment

Total # of Counts:    [ ] Petty         [ ] Misdemeanor     [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   WILLIAM R. HOLMES, a/k/a "Billy"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet         U.S. District Court - District of Massachusetts

Place of Offense: __MA__          Category No. _____          Investigating Agency __DEA/MSP__

City __Lynn, MA__          Related Case Information:

County __Essex__          Superseding Ind./ Inf. __x__          Case No. __04-10299-PBS__
                          Same Defendant _____          New Defendant __X__
                          Magistrate Judge Case Number _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__          Juvenile ☐ Yes ☒ No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__   SSN (last 4 #): __0733__   Sex __M__   Race: _____   Nationality: _____

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__          Bar Number if applicable _____

Interpreter: ☐ Yes ☐ No          List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:     ☐ Complaint          ☐ Information          ☒ Indictment

Total # of Counts:     ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

            Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**