ATTORNEY ASSIGNMENT REQUEST

Defendant:_Kelvin Madera_____     Case & Defendant Number___04-CR-10299-008-PBS_____

Date of Appointment:__April 12, 2005_____   Appointed by:_Saris, D.J. _____

Attorney Withdrawn Stephen D. Judge_____    Date of Withdrawal April 12, 2005_____

Reason for Withdrawal___Conflict of interest_____

Number of Counts____2_____

Charge(s) and Cite(s)_

21:846-CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE - FIVE KILOGRMS OR MORE OF COCAINE

Indictment__X_____     Information_____     Probation Revocation_____

Number of Defendants_____26_____

Judge Code___0129_____

Special Instructions:_____

____/s/ Robert C. Alba_____
Deputy Clerk

Dated___April 12, 2005_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]