UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

MANUEL GERMOSEN

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                                   November 10, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **November 28, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                    NO.   04-10299-PBS

v.

MANUEL GERMOSEN

### NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                                         November 10, 2005

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **November 28, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                    By the Court,


                                                    _/s/ Robert C. Alba__
                                                    Deputy Clerk


Copies to:  All Counsel