IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10299-PBS |
| MANUEL GERMOSEN | ) | |
| a.k.a. "Manolo" | ) | |

## JOINT MOTION TO CONTINUE PLEA HEARING

The United States and the defendant through his counsel respectfully move this

Court to continue the plea hearing in this matter currently set for December 15, 2005 at

2:30 p.m.  As grounds, the government and the defendant submit that the parties need

additional time to complete the terms of a written plea agreement which will be submitted

to the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant U.S. Attorney


By:   /s/ Leonore Glasser
Leonore Glasser, Esq.
Counsel for Defendant