# LAW OFFICES OF LENORE GLASER
*ATTORNEY AT LAW / ABOGADA BILINGUE*
_____

25 KINGSTON STREET  
6th Floor  
BOSTON, MA 02111  

Tel: (617) 753-9988  
Fax: (617) 830-0167  
Email: lglaser@glaser-law.com

May 16, 2006

Robert Alba, Clerk for the Honorable Judge Saris  
John Joseph Moakley US Courthouse  
1 Courthouse Way  
Boston, MA 02210

BY E-FILE

Re : <u>U.S.A v. Luciano, et al</u>  
       Docket No. : 04CR1029

Dear Clerk Alba :

    Please note, starting in June, my office will be at a new address. The new address is: 65a Atlantic Ave., 2d floor, Boston, MA 02110 . Our new FAX number is : 617 830 0167. The telephone number and email will remain the same. Kindly add this new information in your records.

    Thank you for your attention in this matter.

Sincerely,

/s/ Lenore Glaser  
Lenore Glaser, Esq.  
LG/vm

cc: All Attorneys of record.