UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL ACTION |
| v.  ) | |
| ) | NO. 04-10299-PBS |
| MANUEL GERMOSEN ) | |
|    a.k.a. Kelvin Madera ) | |
|    a.k.a. "Manolo" ) | |

### MOTION TO UNSEAL PLEA AGREEMENT FOR LIMITED PURPOSE

The United States respectfully moves this Court to unseal the plea agreement for Manuel Germosen for the limited purpose of disclosing the plea agreement to defense counsel and for a sentencing hearing scheduled for Friday, June 2, 2006 at 2:00 p.m. As grounds, the government submits that defendant Manuel Germosen will be a witness at the hearing.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA

Date: June 1, 2006

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants

as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                        <u>/s/ Neil J. Gallagher, Jr.</u>
                                        Neil J. Gallagher, Jr.