UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. : 04-10299-PBS

UNITED STATES OF AMERICA
v.
LUCIANO ET AL.

**DEFENDANT GERMOSEN'S MOTION TO ENLARGE THE TIME TO FILE OBJECTIONS TO THE PSR**

The defendant, MANUEL GERMOSEN, moves this Honorable Court to enlarge the time to file objections to the PSR until the close of business on August 31, 2006. As grounds for this motion, he asserts that additional time is needed to clarify the criminal history which he asserts, is not his. In addition, factual errors in the offense conduct would best be corrected through review of his testimony in another matter. A transcript of same has been ordered.

The AUSA is on vacation through July 31, so he was not consulted on this motion.. However, he has joined in the <u>Motion to Continue the Sentencing Date</u>. Probation Officer Sinclair is indifferent, so long as the sentencing date is continued, and therefore her reporting date is enlarged.

Respectfully Submitted,

MANUEL GERMOSEN

By his attorney,

_____ Dated : <u>July 26, 2006</u>
 /s/ Lenore Glaser
Lenore Glaser, Esq./BBO # 194220
1 Commercial Wharf N., 2nd Floor
Boston, MA 02110
(617) 753-9988

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants (Victor Beretta and Michael Hickey) on July 26, 2006.

 /s/ Lenore Glaser
Lenore Glaser, Esq.