UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. : 04-10299-PBS

UNITED STATES OF AMERICA
v.
LUCIANO ET AL.

**DEFENDANT GERMOSEN'S MOTION FOR FEES FOR TRANSCRIPT OF HIS TESTIMONY**

The defendant, MANUEL GERMOSEN, moves this Honorable Court, pursuant to 18 U.S.C. 3006A, hereby request the Court to authorize the expenditure of funds to obtain a transcript of his testimony. This transcript is necessary for the defendant to resolve factual errors in the draft pre-sentence report. Defendant is indigent.

Respectfully Submitted,

MANUEL GERMOSEN

By his attorney,

Dated : July 26, 2006

 /s/ Lenore Glaser
Lenore Glaser, Esq./BBO # 194220
1 Commercial Wharf N., 2nd Floor
Boston, MA 02110
(617) 753-9988

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants (Victor Beretta and Michael Hickey) on July 26, 2006.

 /s/ Lenore Glaser
Lenore Glaser, Esq.