UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.:04-10299-PBS

UNITED STATES OF AMERICA

v.

MANUEL GERMOSEN A.K.A. KELVIN MADERA

---

**NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT**

---

Notice is hereby given that <u>MANUEL GERMOSEN</u>, a.k.a KELVIN MADERA, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgement of sentence entered in this action on September 25, 2006 by the Honorable Justice Patti B. Saris.

Respectfully Submitted,

MANUEL GERMOSEN
By his attorney,

*/s/ Lenore Glaser/*
Lenore Glaser, Esq./ BBO # 194220
One Commercial Wharf N.
2nd Floor
Boston, MA 02110
(617) 753-9988

Dated: <u>October 3, 2006</u>

### CERTIFICATE OF SERVICE

I, Lenore Glaser, do certify that a true copy of this motion was served by e-mail to Neil Gallagher, Esq. at Office of the U.S. Attorney, U.S. District Court, One Courthouse Way, Suite 9200, MA 02210 on October 3, 2006.

*/s/ Lenore Glaser/*
Lenore Glaser, Esq.