UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

v.

LUCIANO ET AL.

---

**DEFENDANT MANUEL GERMOSEN'S MOTION TO SEAL**

---

Now comes, MANUEL GERMOSEN, a defendant in the above enumerated case, and

requests permission to file this <u>Motion for a Stay of the Transcript Order</u> under seal.

Respectfully Submitted,

MANUEL GERMOSEN                                      Dated : <u>October 3, 2006</u>
By her attorney,

*Lenore Glaser*

Lenore Glaser, Esq.
One Commercial Wharf N., 2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, do certify that a true copy of this motion was served by mail to Neil Gallagher, Esq. at Office of the U.S. Attorney, U.S. District Court, One Courthouse Way, Suite 9200, MA 02210 on October 3, 2006.

*Lenore Glaser*

Lenore Glaser, Esq.