UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA
v.
MANUEL GERMOSEN A.K.A. KELVIN MADERA

## MOTION FOR INTERIM PAYMENTS TO APPOINTED COUNSEL

The defendant, MANUEL GERMOSEN, a.k.a. KELVIN MADERA, moves this Honorable Court for interim payments to his court appointed lawyer pursuant to § 2.30 of the regulations of the Criminal Justice Act, a copy of which is attached.

In general, a court appointed counsel must wait for compensation until the entire case is finished. However, in appropriate cases, the trial judge may order interim payments. This is because there is an interest in relieving court appointed lawyers in extended and complex cases and maintaining the total payments to the attorney.

In this case, the undersigned attorney has completed the bulk of the work and does not anticipate significant additional time until at least January 2007.

If this motion is allowed, the defendant suggests that she be paid in one interim payment, for all work and expenses to date, and then one final payment at the close of this case.

Respectfully Submitted,
MANUEL GERMOSEN                           Dated : October 16, 2006
By his attorney,

/s/ Lenore Glaser                          **CERTIFICATE OF SERVICE**
Lenore Glaser, Esq.                        I, Lenore Glaser, hereby certify that this document filed
Law Office of Lenore Glaser                through the ECF system will be sent electronically to the
One Commercial Wharf N., 2nd Floor         registered participants as identified on the Notice of Electronic Filing
Boston, MA 02110                           (NEF) on October 16, 2006.
(617) 753-9988                                          /s/ Lenore Glaser
BBO # 194220                                            Lenore Glaser, Esq.