UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

VS.

KELVIN MADERA

## MOTION FOR RELEASE OF TRANSCRIPT OF SEALED FOSTER HEARING FOR LIMITED PURPOSES

NOW comes undersigned counsel, formerly counsel of record for the Defendant in the above-entitled matter, and respectfully moves this Honorable Court to allow a transcript of the Foster Hearing conducted in this case on or about April 12, 2005, to be released to undersigned counsel for the sole purpose of responding accurately to a complaint filed by the Defendant against undersigned counsel with the Board of Bar Overseers.

Respectfully submitted,

STEPHEN D. JUDGE
BBO #563390
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781)599-2800

## CERTIFICATE OF SERVICE

I, Stephen D. Judge, Esquire, hereby certify that I have delivered copies of the within Motion For Release of Transcript of Sealed Foster Hearing for Limited Purposes, by mailing same, postage prepaid, to Assistant United States Attorney Neil Gallagher, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 13th day of October, 2006.

_____
STEPHEN D. JUDGE