UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| MANUEL GERMOSEN<br>a.k.a. Kelvin Madera | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                            October 27, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for release of Transcript of Sealed Foster Hearing for Limited Purpose on **November 7, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

NOTE: Attorneys Stephen Judge, Lenore Glaser, William Keefe, and Eduardo Masferrer should be in attendance at the hearing.

 

                                          By the Court,

                                          /s/ Robert C. Alba
                                          Deputy Clerk

Copies to:  All Counsel