UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10299-PBS

UNITED STATES OF AMERICA

v.

MANUEL GERMOSEN

**DEFENDANT MANUEL GERMOSEN'S MOTION TO REVIEW THE TRANSCRIPT**

MANUEL GERMOSEN, by and through his attorney requests a copy of the transcript of the "Foster Hearing" at Court expense. This transcript is the subject of a motion by attorney Judge, that is scheduled for Tuesday, November 7, 2006. The motion was *ex parte* so the government does not have a copy. This attorney was not present at that hearing and does not know its contents. She must inspect the transcript before the hearing so that she can determine the defendant's position on the motion.

Defendant is indigent, and has been appointed counsel, so he asks that the transcript fee be paid by the Court or waived.

Respectfully Submitted,
MANUEL GERMOSEN
By her attorney,                                                   Dated : November 2, 2006

/s/ Lenore Glaser
Lenore Glaser, Esq.                                **CERTIFICATE OF SERVICE**
One Commercial Wharf N., 2nd Floor
Boston, MA 02110                I, Lenore Glaser, hereby certify that this document filed through the
(617) 753-9988                  ECF system will be sent electronically to the registered participants as identified
BBO # 194220                    on the Notice of Electronic Filing (NEF) on November 2, 2006.

                                                     /s/ Lenore Glaser
                                                     Lenore Glaser, Esq.