

U.S. Department of Justice

Federal Bureau of Prisons

---

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

October 31, 2006

The Honorable Patti B. Saris
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re:** **GERMOSEN, Manuel**
Reg. No. 80441-038
Docket No. 1:04CR10299-008-PBS

Dear Judge Saris:

This is in response to the Court's recommendation that Manuel Germosen serve his term of confinement at the Federal Medical Center, Devens, in Ayer, Massachusetts. Mr. Germosen was sentenced in your court to an 87-month term for Conspiracy to Distribute 5 Kilograms or More of Cocaine.

Unfortunately, we were unable to follow the Court's recommendation. Based upon his medical classification, Mr. Germosen is not appropriate for the Devens facility. Accordingly, Mr. Germosen has been designated to the Big Spring Correctional Center, a low security level contract facility in Big Spring, Texas, where he will receive appropriate health care services.

Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

cap
cc: Warden, Big Spring Correctional Center