MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10299-PBS-7

Case title: USA v. Luciano et al                    Date Filed: 09/29/2004

---

Assigned to: Judge Patti B. Saris

## Defendant

**Valentin Martinez** (7)
*TERMINATED: 08/25/2006*
*also known as*
Valentin Rivera (7)
*TERMINATED: 08/25/2006*
*also known as*
"V" (7)
*TERMINATED: 08/25/2006*
*also known as*
Vale (7)
*TERMINATED: 08/25/2006*

represented by **Paul J. Garrity**
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
Fax: 603-437-6473
Email: garritylaw@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ronald Ian Segal**
Segal Judge and Associates
23 Central Avenue
Suite 605
Lynn, MA 01901
781-599-2800
Fax: 781-599-6966
Email:
ronald.ian.segal@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Keefe**
Law Office of William Keefe
390 Centre Street
Jamaica Plain, MA 02130
617 983 9200
Fax: 617 983 0733
Email: wkeefelaw@yahoo.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846-CONSPIRACY TO
POSSESS WITH INTENT TO
DISTRIBUTE COCAINE
(1)

21:846, 21:841(a)(1) Conspiracy
to distribute 5 kilograms or more
of cocaine
(1s)

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
FIVE KILOGRAMS OF
COCAINE 21 USC 841(a)(1) and
Aiding and Abetting
(6)

21:846, 21:841(a)(1) Distribution
of 5 kilograms or more of cociane
(6s)

## Disposition

Dismissed on government motion.

Defendant is hereby committed to
the custody of the United States
Bureau of Prisons to be
imprisoned for a total term of 181
months. Defendant is remanded to
the custody of the United States
Marshal. Upon release from
imprisonment, defendant shall be
on supervised release for a term of
60 months. Upon deportation,
defendant is to leave the United
States and not return without the
prior permission of the US
Attorney General. The $300
Special Assessment is due
immediately.

Defendant is hereby committed to
the custody of the United States
Bureau of Prisons to be
imprisoned for a total term of 181
months. Defendant is remanded to
the custody of the United States
Marshal. Upon release from
imprisonment, defendant shall be
on supervised release for a term of

60 months. Upon deportation, defendant is to leave the United States and not return without the prior permission of the US Attorney General. The $300 Special Assessment is due immediately.

18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN - POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFICKING CRIME 18 USC 924(c)(1)(A) (7)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 181 months. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months. Upon deportation, defendant is to leave the United States and not return without the prior permission of the US Attorney General. The $300 Special Assessment is due immediately.

18:924(c)(1)(A) Possession of a firearm in furtherance of a drug trafficking crime (7s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints                    Disposition

None

---

## Plaintiff

**USA**                          represented by **Neil J. Gallagher, Jr.**
United States Attorney's Office
John Joseph Moakley U.S.
Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3397
Email: neil.gallagher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Peabody**
Nystrom, Beckman & Paris
10 St. James Avenue
16th floor
Boston, MA 02116
617-778-9103
Fax: 617-778-9110
Email: rpeabody@nbparis.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra S. Bower**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3184
Fax: 617-748-3965
Email: Sandra.Bower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/06/2004 | 26 | FIRST SUPERSEDING INDICTMENT as to Luz Luciano (1) count(s) 1s, Daniel Aguilar (2) count(s) 1s, Roberto Solorio (3) count(s) 1s, Ricardo Estrada (4) count(s) 1s, Andres Martinez (5) count(s) 1, Jose Rosales (6) count(s) 1, Valentin Martinez (7) count(s) 1, Kelvin Madera (8) count(s) 1, Abdallah Hamdan (9) count(s) 1, Ricardo Martinez (10) count(s) 1, Howard Greenberg (11) count(s) 1, Edgar Hoffens (12) count(s) 1, Rogelio Garcia (13) count(s) 1, Javier Angel Romero (14) count(s) 1, Christian Germosen (15) count(s) 1, Juan Martinez (16) count(s) 1, Gerardo Vasseur Ortiz (17) count(s) 1, Phillip Asaro (18) count(s) 1, Silvestre Lizardi (19) count(s) 1, Robert Ruscio (20) count(s) 1, Giovanni Avila (21) count(s) 1, Gilberto Zayas (22) count(s) 1, Luis DeJesus (23) count(s) 1, Benito Grullon (24) count(s) 1. (Diskes, Sheila) Modified on 10/8/2004 (Catino, Theresa). (Entered: 10/07/2004) |
| 10/06/2004 | 27 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: Pretrial as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Diskes, Sheila) Modified on 10/8/2004 (Catino, Theresa). (Entered: 10/07/2004) |
| 10/12/2004 | 28 | NOTICE OF HEARING as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Arraignment set for 11/1/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 10/12/2004) |
| 10/12/2004 | | As to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, |

| | | |
|---|---|---|
| | | Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens : SEE MJ CASE NOS. 04-1685 and 04-1731 FOR PRE-INDICTMENT PROCEEDINGS. (Shattuck, Deborah) Modified on 3/10/2005 Modified on 4/8/2005 (Costello2, Helen). (Entered: 10/12/2004) |
| 11/01/2004 | 38 | MOTION to Continue to November 3, 2004 to Arraignment as to Valentin Martinez, c/s . (Jones, Sherry) (Entered: 11/01/2004) |
| 11/02/2004 | 42 | Judge Charles B. Swartwood : STATUS REPORT as to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada; Status Conference set for 1/20/2005 03:00 PM in BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/02/2004 | 43 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Andres Martinez, Jose Rosales, Gilberto Zayas, Valentin Martinez, Luis DeJesus, Kelvin Madera, Benito Grullon, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada; Time excluded from November 1, 2004 until January 20, 2005, cc/cl. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/02/2004 | ⬤ | Judge Charles B. Swartwood : Electronic ORDER entered granting 38 Motion to Continue as to Valentin Martinez (7). "ALLOWED. Arraignment re-scheduled to 11/3/2004 @ 2:30 pm." cc/cl (Roland, Lisa) (Entered: 11/02/2004) |
| 11/03/2004 | ⬤ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Valentin Martinez (7) Count 1 and Kelvin Madera (8) Count 1 and Benito Grullon (24) Count 1 held on 11/3/2004, Case called, Counsel (Hodgens, Segal, Judge), Interpreter Lilley & Defendants |

| | | |
|---|---|---|
| | | appear, Defendants notifed of rights, charges and maximum penalties, Not Guilty Plea entered by Valentin Martinez (7) on Count 1, Not Guilty Plea entered by Kelvin Madera (8) on Count 1, Not Guilty Plea entered by Benito Grullon (24) on Count 1, Dfts Martinez & Madera remanded to the custody of the US Marshal, Dft Grullon released on prior conditions. (3:54 P.) (Roland, Lisa) (Entered: 11/03/2004) |
| 11/03/2004 | ❷ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Hearing Re: defendants represented by same atty. as to Valentin Martinez, Benito Grullon held on 11/3/2004. Counsel (Hodgens, Segal) appear, The Court makes inquiry of each defendant, The Court is satisfied that each defendant understands the situation of dual representation, Defendants wish to keep Attorney Segal as their attorney. (4:05 P.) (Roland, Lisa) (Entered: 11/03/2004) |
| 12/20/2004 | ❷49 | NOTICE OF ATTORNEY APPEARANCE Neil J. Gallagher Jr. appearing for Modified on 4/8/2005 (Costello2, Helen). (Entered: 12/28/2004) |
| 12/20/2004 | ❷50 | NOTICE of Substitution of Government Counsel in case as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon. Attorney Robert L. Peabody terminated. (Patch, Christine) (Entered: 12/28/2004) |
| 01/20/2005 | ❷ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon held on 1/20/2005. Case called, Counsel appear, Counsel request additional time, Case continued, Time to be excluded. (3:17 P.) (Roland, Lisa) (Entered: 01/26/2005) |
| 01/25/2005 | ❷55 | Judge Charles B. Swartwood : STATUS REPORT as to Luz |

| | | |
|---|---|---|
| | | Luciano, Daniel Aguilar, Roberto Solorio, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Status Conference set for 3/23/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood FOR DISCOVERY DEFENDANTS ONLY, cc/cl. (Roland, Lisa) (Entered: 01/26/2005) |
| 01/25/2005 | 🗩56 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Time excluded from January 20, 2005 until March 23, 2005, cc/cl. (Roland, Lisa) (Entered: 01/26/2005) |
| 01/26/2005 | 🗩 | Set Hearings as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon: Status Conference set for 1/28/2005 02:15 PM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 01/26/2005) |
| 01/28/2005 | 🗩 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon held on 1/28/2005. Case called, Counsel (Gallagher, Weinstein, Segal, Judge) appear, Case as to these defendants to be sent back to the District Judge, Final Status Report to issue. (2:21 P.) (Roland, Lisa) (Entered: 01/28/2005) |
| 01/31/2005 | 🗩64 | Judge Charles B. Swartwood : STATUS REPORT as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon, cc/cl. (Roland, Lisa) (Entered: 02/02/2005) |
| 01/31/2005 | 🗩 | Case as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 02/02/2005) |
| 02/07/2005 | 🗩67 | NOTICE OF HEARING as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon Initial Pretrial |

| | | |
|---|---|---|
| | | Conference set for 2/25/2005 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 02/08/2005) |
| 02/09/2005 | 69 | Letter (non-motion) regarding Destruction of Drug Evidence as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 02/09/2005) |
| 02/11/2005 | 71 | Judge Charles B. Swartwood : ORDER entered as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, cc/cl. (Roland, Lisa) (Entered: 02/11/2005) |
| 02/16/2005 | 73 | Letter (non-motion) regarding Discovery as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Attachments: # 1)(Gallagher, Neil) (Entered: 02/16/2005) |
| 02/22/2005 | 75 | Letter (non-motion) regarding Transcripts as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 02/22/2005) |
| 02/22/2005 | 77 | Objection as to Valentin Martinez: 56 Order on Excludable |

| | | |
|---|---|---|
| | | Delay, c/s. (Hassett, Kathy) (Entered: 02/23/2005) |
| 02/25/2005 | ❶ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Initial Pretrial Conference as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullon held on 2/25/2005. Counsel to file Motions to Dismiss by March 4, 2005. Jury Trial as to defendants Ricardo Estrada and Benito Grullon set for 4/25/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 02/25/2005) |
| 03/04/2005 | ❶84 | MOTION to Dismiss on Speedy Trial as to Valentin Martinez, Kelvin Madera, Benito Grullon. (Patch, Christine) (Entered: 03/23/2005) |
| 03/04/2005 | ❶85 | MEMORANDUM in Support by Valentin Martinez, Kelvin Madera, Benito Grullon re 84 MOTION to Dismiss on Speedy Trial (Patch, Christine) (Entered: 03/23/2005) |
| 03/04/2005 | ❶86 | AFFIDAVIT of Counsel in Support of 84 MOTION to Dismiss on Speedy Trial. (Patch, Christine) (Entered: 03/23/2005) |
| 03/15/2005 | ❶82 | Judge Charles B. Swartwood : ORDER entered as to Valentin Martinez, Benito Grullon re 77 Objection (unrelated to a motion), [78] Objection (unrelated to a motion), cc/cl. (Roland, Lisa) (Entered: 03/18/2005) |
| 03/23/2005 | | Case sealed as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Costello, Helen) (Entered: 04/08/2005) |
| 03/23/2005 | ❶96 | REDACTED INDICTMENT as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz. (Costello2, Helen) (Entered: 04/08/2005) |

| 03/28/2005 | ●89 | NOTICE OF HEARING ON MOTION as to Valentin Martinez, Kelvin Madera, Benito Grullon. Motion Hearing Re: 84 Motion to Dismiss set for 4/12/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 03/28/2005) |
| 03/30/2005 | ●91 | NOTICE *of Superseding Indictment* by USA as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon (Gallagher, Neil) (Entered: 03/30/2005) |
| 03/30/2005 | ● | Case unsealed as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz (Costello2, Helen) (Entered: 04/08/2005) |
| 04/01/2005 | ● | NOTICE OF HEARING as to Luz Luciano, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Kelvin Madera, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon; Arraignment set for 4/21/2005 03:00 PM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/01/2005) |
| 04/09/2005 | ●97 | MOTION to Disqualify Counsel *and for Foster Hearing* as to Valentin Martinez, Benito Grullonby USA. (Gallagher, Neil) (Entered: 04/09/2005) |
| 04/12/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Valentin Martinez, Kelvin Madera, Benito Grullon held on 4/12/2005 re 84 MOTION to |

|  |  | Dismiss on Speedy Trial filed by Kelvin Madera,, 97 MOTION to Disqualify Counsel *and for Foster Hearing* filed by USA. Court discusses speedy trial and conflict of interest issues. Court disqualifies Attorney Stephen Judge and orders CJA counsel be assigned for Kelvin Madera. Attorney Segal to respond within two weeks as to conflict issue. Status Conference as to defendants Benito Grullon and Valentin Martinez set for May 2, 2005, at 12:00 p.m. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 04/12/2005) |
| 04/12/2005 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting 97 Motion to Resolve Conflict of Interest Issues as to Valentin Martinez (7), Benito Grullon (24). "The Court will hold a hearing on May 2, 2005." (Patch, Christine) (Entered: 04/14/2005) |
| 04/12/2005 | ❏100 | MOTION to Seal as to Valentin Martinez, Benito Grullonby USA, filed under seal. (Patch, Christine) (Entered: 04/14/2005) |
| 04/12/2005 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting [100] Motion to Seal as to Valentin Martinez (7), Benito Grullon (24) (Patch, Christine) (Entered: 04/14/2005) |
| 04/12/2005 | ❏101 | Supplemental Proferred Facts in Support by USA as to Valentin Martinez, Benito Grullon re 97 MOTION to Resolve Conflict of Interest Issues *and for Foster Hearing*, filed under seal. (Patch, Christine) (Entered: 04/14/2005) |
| 04/21/2005 | ❏103 | Second Opposition by USA as to Valentin Martinez, Kelvin Madera, Benito Grullon re 84 MOTION to Dismiss on Speedy Trial (Gallagher, Neil) (Entered: 04/21/2005) |
| 04/21/2005 | ❏104 | MOTION to Continue *Trial* to 5/2/05 to continue trial as to Ricardo Estrada, Valentin Martinez, Kelvin Madera, Benito Grullonby USA. (Gallagher, Neil) (Entered: 04/21/2005) |
| 04/21/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Andres Martinez (5) Count 1s,9 and Gilberto Zayas (22) Count 1s and Valentin Martinez (7) Count 1s,6,7 and Luis DeJesus (23) Count 1s and Javier Angel Romero (14) Count 1s held on 4/21/2005, Case called, Counsel (Gallagher, Cicilline, Segal, Buso, Laymon), PTS, Interpreter Hadad & Defendants appear, Defendants notified of rights, charges & maximum penalties, Not Guilty Plea entered by Andres Martinez (5) on Counts 1s & 9, Not Guilty Plea entered by Gilberto Zayas (22)on Count 1s, Not |

| | | |
|---|---|---|
| | | Guilty Plea entered by Valentin Martinez (7) on Counts 1s,6 & 7, Not Guilty Plea entered by Luis DeJesus (23) on Count 1s, Not Guilty Plea entered by Javier Angel Romero (14) on Count 1s, All defendants previously detained and remanded to the custody of the US Marshals. (Clerk note had to be re-docketed due to error in counts) (4:10 P.) (Roland, Lisa) (Entered: 05/25/2005) |
| 04/28/2005 | ✇108 | Judge Patti B. Saris: ORDER entered REFERRING to Chief Magistrate Judge Swartwood [107] SEALED MOTION for Ex Parte Finding as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz and sealed defendants. (Alba, Robert) (Entered: 04/28/2005) |
| 05/02/2005 | ✇ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Pretrial Conference as to Ricardo Estrada, and Status Hearing as to Valentin Martinez and Benito Grullon held on 5/2/2005. Court withdraws Attorney Segals representation of Valentin Martinez. CJA counsel to be appointed for Valentin Martinez. Attorney Segal to continue representing Benito Grullon. Court sets a Hearing on Motions as to all defendants in the case for 7/6/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Court sets a Jury Trial for all defendants in the case for 9/6/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marianne Kusa-Ryll.) (Alba, Robert) (Entered: 05/02/2005) |
| 05/02/2005 | ✇111 | ATTORNEY ASSIGNMENT Request as to Valentin Martinez forwarded to Clerk to Chief Magistrate Judge Swartwood. (Alba, Robert) (Entered: 05/02/2005) |
| 05/05/2005 | ✇112 | Judge Charles B. Swartwood : CJA 20 as to Valentin Martinez: Appointment of Attorney Paul J. Garrity for Valentin Martinez. (Roland, Lisa) (Entered: 05/05/2005) |
| 05/06/2005 | ✇113 | MOTION for Authorization of Services or Funds as to Valentin Martinez. (Garrity, Paul) (Entered: 05/06/2005) |
| 05/09/2005 | ✇ | Judge Patti B. Saris : Electronic ORDER entered granting 113 |

| | | |
|---|---|---|
| | | Motion for Services other than Counsel as to Valentin Martinez (7) (Patch, Christine) (Entered: 05/13/2005) |
| 05/31/2005 | 126 | NOTICE of Rejection of Filing re: Notice of Appearance sent to William Keefe. (Patch, Christine) (Entered: 05/31/2005) |
| 05/31/2005 | 127 | MOTION to Sequester *MOTION AND MEMORANDUM OF DEFENDANT FOR SEQUESTRATION OF WITNESSES* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 128 | Fourth MOTION for Order as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 129 | MOTION to Exclude *MOTION OF DEFENDANT TO PRECLUDE THE GOVERNMENT'S ATTORNEY FROM PRESENTING JENCKS ACT MATERIAL TO THE DEFENDANT'S COUNSEL IN FRONT OF THE JURY* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruizby Howard Greenberg. (Witkin, Roger) (Entered: 05/31/2005) |
| 05/31/2005 | 130 | PROPOSED ORDER(S) submitted by Howard Greenberg as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo |

| | | |
|---|---|---|
| | | Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz (Witkin, Roger) (Entered: 05/31/2005) |
| 06/08/2005 | 141 | NOTICE OF ATTORNEY APPEARANCE: William H. Keefe appearing for Valentin Martinez *Keefe, William* (Keefe, William) (Entered: 06/08/2005) |
| 06/15/2005 | | Motions terminated as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz: 128 MOTION for Order, 129 MOTION to Exclude, 127 MOTION to Sequester. (Motions should have only been attached to Defendant Howard Greenberg) (Roland, Lisa) (Entered: 06/15/2005) |
| 08/23/2005 | 160 | NOTICE of Rejection of Filing re: Motion to Dismiss for Violation of the Right to Speedy Trial, Affidavit in Support of Motion, and Memorandum in Support of Motion sent to Ronald Ian Segal. (Patch, Christine) (Entered: 08/23/2005) |
| 09/12/2005 | 166 | First MOTION to Unseal Document *Second Superseding Indictment* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz, William R. Holmes, Gene A. Andersonby USA. (Gallagher, Neil) (Entered: 09/12/2005) |
| 09/19/2005 | | Judge Patti B. Saris : ElectronicORDER entered. Order to Unseal Case as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, |

Case 1:04-cr-10299-PBS - Document 576-2   Filed 11/09/2006   Page 16 of 22

| | | |
|---|---|---|
| | | Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. (Hurley, Virginia) (Entered: 09/20/2005) |
| 09/30/2005 | 174 | MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT *AS TO HOWARD GREENBERG* as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Andersonby Howard Greenberg. (Witkin, Roger) Modified on 10/12/2005 (Catino, Theresa). (Entered: 09/30/2005) |
| 10/25/2005 | 182 | MOTION for Waiver of Electronic Filing as to Valentin Martinez, Benito Grullon. (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | ○ | Judge Patti B. Saris : ElectronicORDER entered granting 182 Motion for Waiver of Electronic Filing as to Valentin Martinez (7), Benito Grullon (24) (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | 183 | MOTION to Dismiss on Speedy Trial as to Valentin Martinez, Benito Grullon. (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | 184 | MEMORANDUM in Support by Valentin Martinez, Benito Grullon re 183 MOTION to Dismiss on Speedy Trial (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | 185 | AFFIDAVIT of Counsel in Support of 183 MOTION to Dismiss on Speedy Trial filed by Valentin Martinez, Benito Grullon (Patch, Christine) (Entered: 10/28/2005) |
| 10/25/2005 | 186 | Certificate of Service by Valentin Martinez, Benito Grullon re 183 MOTION to Dismiss on Speedy Trial, 184 Memorandum in Support, 185 Affidavit (Patch, Christine) (Entered: |

| | | |
|---|---|---|
| | | 10/28/2005) |
| 11/02/2005 | ❏ | Motions terminated as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson: 174 MOTION MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT *AS TO HOWARD GREENBERG*. This Motion should have only been filed as to Howard Greenberg. (Roland, Lisa) (Entered: 11/02/2005) |
| 11/08/2005 | ❏ | Case as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Robinson Ruiz no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/21/2005 | ❏200 | NOTICE OF STATUS CONFERENCE as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Howard Greenberg, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson. Please take notice that a Status Conference with all counsel representing the above-named defendants present has been scheduled for December 12, 2005 at 4:00 p.m. in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA before Judge Patti B. Saris. (Alba, Robert) (Entered: 11/21/2005) |
| 12/12/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Howard Greenberg, Christian Germosen, Phillip Asaro, Silvestre Lizardi, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Carlos Rafael Rojas, Carlos |

| | | |
|---|---|---|
| | | Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson held on 12/12/2005. Motion to Suppress Hearing as to Philip Asaro set for 1/13/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Motion to Dismiss Hearing as to Benito Grullion set for 1/23/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Motion to Dismiss Hearing as to Howard Greenberg set for 1/24/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/12/2005) |
| 01/17/2006 | 238 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/17/2006 | 239 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/17/2006 | 240 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 01/17/2006) |
| 01/18/2006 | | Notice of correction to docket made by Court staff. Correction: Documents No. 239 and 240 are duplicates of Document No. 238. Please refer to Document No. 238 for corrected filing as to Maria Escobar, Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Andres Martinez, Jose Rosales, Valentin Martinez, Manuel Germosen, Abdallah Hamdan, Ricardo Martinez, Howard Greenberg, Edgar Hoffens, Rogelio Garcia, Javier Angel Romero, Christian Germosen, Juan Martinez, Gerardo Vasseur Ortiz, Phillip Asaro, Silvestre Lizardi, Robert Ruscio, Giovanni Avila, Gilberto Zayas, Luis DeJesus, Benito Grullon, Martin Cerna-Garcia, Robinson Ruiz, Carlos Rafael Rojas, Carlos Orlando Argueta-Macario, William R. Holmes, Gene A. Anderson (Patch, Christine) (Entered: 01/18/2006) |
| 02/01/2006 | 259 | "REMINDER" NOTICE OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Silvestre Lizardi, Gilberto Zayas, Luis DeJesus, Gene A. Anderson. Final Pretrial Conference set for February 16, 2006, at 2:00 p.m., and Jury Trial set for February 27, 2006, at 9:00 a.m., in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts. (Alba, Robert) (Entered: 02/01/2006) |
| 02/01/2006 | 261 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin |

| | | |
|---|---|---|
| | | Martinez, Silvestre Lizardi, Gilberto Zayas, Luis DeJesus, Gene A. Anderson Jury Trial set for 2/27/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 2/16/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 02/01/2006) |
| 02/09/2006 | 265 | Writ of Habeas Corpus ad Prosequendum Issued as to Valentin Martinez for Final Pretrial Conference on February 16, 2006, at 2:00 p.m. (Alba, Robert) (Entered: 02/09/2006) |
| 02/16/2006 | 281 | MOTION to Continue *Assented* to 07/10/06 to Trial as to Valentin Martinez, Luis DeJesusby USA. (Gallagher, Neil) (Entered: 02/16/2006) |
| 02/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez, Silvestre Lizardi, Luis DeJesus, Gene A. Anderson held on 2/16/2006. Court sets Status Hearing with counsel present as to defendants Daniel Aguilar, Valentin Martizez and Luis DeJesus for 2/17/06 at 10:30 a.m. in Courtroom 19, 7th floor. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 02/16/2006) |
| 02/16/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 281 Motion to Continue Trial Date as to Valentin Martinez (7), Luis DeJesus (23) (Patch, Christine) (Entered: 02/17/2006) |
| 02/22/2006 | 289 | MOTION in Limine *(Rengifo Motion)* as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinezby USA. (Gallagher, Neil) (Entered: 02/22/2006) |
| 02/22/2006 | 290 | EXHIBIT/WITNESS LIST by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez (Gallagher, Neil) (Entered: 02/22/2006) |
| 02/22/2006 | 291 | EXHIBIT/WITNESS LIST by USA as to Daniel Aguilar, Roberto Solorio, Ricardo Estrada, Valentin Martinez (Gallagher, Neil) (Entered: 02/22/2006) |
| 02/27/2006 | 309 | Assented to MOTION to Continue and to File Under Seal as to Kelvin Madera. (Patch, Christine) (Entered: 03/01/2006) |
| 03/02/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 309 Sealed Motion as to Kelvin Madera. (Patch, Christine) (Entered: 03/03/2006) |

| 03/03/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Valentin Martinez held on 3/3/2006. Plea entered by Valentin Martinez: Guilty 1ss, 6ss, 7ss. Sentencing set for 6/5/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/03/2006) |
|---|---|---|
| 03/03/2006 | ❏312 | PLEA AGREEMENT as to Valentin Martinez (Patch, Christine) (Entered: 03/03/2006) |
| 03/03/2006 | ❏315 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Valentin Martinez Sentencing set for 6/15/2006 03:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/08/2006) |
| 03/08/2006 | ❏325 | AMENDED DOCUMENT Amendment to 315 Procedural Order re sentencing hearing, Set Hearings as to Valentin Martinez: Please be advised that the sentencing hearing is set for June 5, 2006 at 03:00 PM in Courtroom 19 on the 7th floor. (Patch, Christine) (Entered: 03/08/2006) |
| 03/08/2006 | ❏ | Set/Reset Hearings as to Valentin Martinez: Sentencing set for 6/5/2006 03:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/08/2006) |
| 06/01/2006 | ❏401 | MOTION to Seal as to Valentin Martinez. (Patch, Christine) (Entered: 06/07/2006) |
| 06/01/2006 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting 401 Motion to Seal as to Valentin Martinez (7) (Patch, Christine) (Entered: 06/07/2006) |
| 06/01/2006 | ❏402 | Sealed MOTION as to Valentin Martinez. (Patch, Christine) (Entered: 06/07/2006) |
| 06/01/2006 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting 402 Sealed Motion as to Valentin Martinez (7) (Patch, Christine) (Entered: 06/07/2006) |
| 06/28/2006 | ❏430 | NOTICE OF RESCHEDULED SENTENCING as to Valentin Martinez. The Sentencing previously scheduled for July 31, 2006, has been rescheduled to August 1, 2006, at 2:00 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 06/28/2006) |
| 08/01/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | Patti B. Saris: Sentencing held on 8/1/06 as to Valentin Martinez. Counsel request for a continuance. Sentencing continued to 8/24/2006 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 08/01/2006) |
| 08/24/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 8/24/2006 for Valentin Martinez (7), Count(s) 1ss, 6ss,7ss. Court sentences defendant to 181 months imprisonment, 60 months supervised release w/conditions, \$300 special assessment. Defendant informed of right of appeal. (Court Reporter Marie Cloonan.)(Interpreter: G. Hadad) (Alba, Robert) Modified on 8/24/2006 (Alba, Robert). (Entered: 08/24/2006) |
| 08/25/2006 | 507 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Valentin Martinez (7), Count(s) 1, Dismissed on government motion.; Count(s) 1s, 6s, 7s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 181 months. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months. Upon deportation, defendant is to leave the United States and not return without the prior permission of the US Attorney General. The \$300 Special Assessment is due immediately. (Patch, Christine) (Entered: 08/30/2006) |
| 08/25/2006 | 508 | Letter requesting docket sheet from Kelvin Madera. (Patch, Christine) (Entered: 08/30/2006) |
| 10/03/2006 | 538 | NOTICE *of Appeal* by Valentin Martinez (Keefe, William) (Entered: 10/03/2006) |
| 10/03/2006 | 572 | NOTICE OF APPEAL by Valentin Martinez re 507 Judgment,, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/23/2006. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/08/2006) |
| 10/11/2006 | 547 | SEALED TRANSCRIPT of Proceedings as to Valentin Martinez, Manuel Germosen, Benito Grullon held on April 12, |

|            |        | 2006 before Judge Saris. Court Reporter: Marie L. Cloonan. (Scalfani, Deborah) (Entered: 10/11/2006) |
|------------|--------|------------------------------------------------------------------------------------------------------|
| 10/18/2006 | ❏555   | TRANSCRIPT of Detention Hearing Proceedings as to Valentin Martinez & Kelvin Madera held on July 15, 2006 before Judge Charles B. Swartwood, III. Digital Recording: y. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 10/18/2006) |