UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10299

United States of America

v.

Manuel Germosen

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

26, 27, 28, 39, 42, 43, 49, 50, 55, 56, 64, 67, 69, 71, 73, 83, 84, 85, 86, 89, 91, 95, 96, 98, 103, 104, 108, 142, 149, 166, 508, 540

and contained in Volume(s) NOA #542 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/4/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1./15/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2571

- 3/06