UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA.

YOU ARE COMMANDED to have the body of Manuel Germosen a.k.a. Kelvin Madera* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on January 18, 2007, at 9:00 a.m. for the purpose of a Jury Trial in the case of United States of America V. Benito Grullon, CR Number 04-10299-PBS. And you are to retain the body of said Manuel Germosen while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Manuel Germosen to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 17th day of January, 2007.

* USM # 80441-038


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk

By: Robert C. Alba
SEAL                Deputy Clerk