UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. : 04-10299-PBS

UNITED STATES OF AMERICA
v.
LUCIANO ET AL.

**DEFENDANT GERMOSEN'S MOTION TO SCHEDULE A STATUS CONFERENCE**

The defendant, MANUEL GERMOSEN, moves this Honorable Court to schedule a status conference as soon as possible to determine the status of the Rule 35 Motion that the government was to file at the end of the trial for Benito Grullon. To date, no said motion has been filed.

Respectfully Submitted,

MANUEL GERMOSEN

By his attorney,

Dated : March 8, 2007

/s/ Lenore Glaser
Lenore Glaser, Esq./BBO # 194220
1 Commercial Wharf N., 2nd Floor
Boston, MA 02110
(617) 753-9988

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 8, 2007

/s/ Lenore Glaser
Lenore Glaser, Esq.