UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10299-PBS |
| | ) |
| MANUEL GERMOSEN | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |
| | ) |

**UNITED STATES' MOTION TO SEAL**

The United States respectfully moves this court to seal the court's motion to reduce defendant's sentence. As grounds, the governments submits that the motion refers to Germosen's cooperation against several other defendants.

Respectfully submitted,
**MICHAEL J. SULLIVAN**
United States Attorney

Neil J. Gallagher, Jr.
Assistant U.S. Attorney
617 748-3397

**Dated:** March 27, 2007

1