# MANDATE

04-10299
USDC/MA-Bo
Saris, P.

# United States Court of Appeals
## For the First Circuit

No. 06-2571

UNITED STATES

Appellee

v.

MANUEL GERMOSEN, a/k/a Manolo Lnu, a/k/a Kelvin Madera

Defendant - Appellant

**JUDGMENT**

Entered: April 30, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/30/07

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By_____
Appeals Attorney

[cc: Lenore Glaser, Esq., Neil J. Gallagher, AUSA, Dina Michael Chaitowitz, AUSA, Manuel Germosen]